ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California  90012
Telephone:  (213) 894-2444
Facsimile:   (213) 894-7819
Email:  russell.chittenden@usdoj.gov
Attorneys for Defendant Kathleen Sebelius,
Secretary for the Department of Health and Human Services

ROBERT W. FISCHER, JR. (Bar No. 57001)
SPENCER PERSSON (Bar No. 235054)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street,
Forty-First Floor
Los Angeles, CA  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
Email:  rfischer@fulbright.com
          spersson@fulbright.com
Attorneys for Plaintiff
GORDIAN MEDICAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDIAN MEDICAL, INC. ) | Case No.  11-cv-01566 CAS (FFMx) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| KATHLEEN SEBELIUS, Secretary of ) | |
| Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the stipulation of the parties, the above-captioned case is voluntarily dismissed in accordance with Federal Rule of Civil Procedure 41(a). The parties shall bear their own attorneys' fees and costs.

Dated:  December 6, 2012                United States District Judge

*Christine A. Snyder*

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.   My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On December 5, 2012, I electronically filed the foregoing

**[PROPOSED] ORDER**

with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California  90012
Telephone:  (213) 894-2444
Facsimile:   (213) 894-7819
Email:  russell.chittenden@usdoj.gov
Attorneys for Defendant Kathleen Sebelius,
Secretary for the Department of Health and Human Services


I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on December 5, 2012, at Los Angeles, California.

/s/  Katherine Brandenburg